[No. 34664-4-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WHITNEY NORLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06480-9, Ann Schindler, J., entered May 31, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Coleman, J.

[No. 34838-8-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD RAY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05456-1, Harriett M. Cody, J., entered June 20, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 35123-1-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN K. COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00904-9, Steven J. Mura, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 35125-7-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MARTELL DESHA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02176-8, Faith Enyeart Ireland, J., entered August 24, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Webster, J.